**Nicholas M. CARTER, Ruth A. Carter, Appellees,**

v.

**Jack PINKSTON, Garnishee, Appellant.**

**No. 9075.**

United States Court of Appeals
Fourth Circuit.

Argued Sept. 25, 1963.

Decided Sept. 30, 1963.

Jack Pinkston, pro se.

James P. Donovan and Roy C. Frank, Washington, D. C., on brief for appellees.

Before HAYNSWORTH, BOREMAN, and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the district court overruling the appellant's

motion to quash certain attachments issued by the district court.

The appellant here seeks to raise again issues which are clearly res judicata. Appellant had his day in court. See Pinkston v. Carter, D.C.Mun.App., 150 A.2d 629. The order of the district court in this case is

Affirmed.